AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Florida

| | |
|---|---|
| HIEDI ROBINSON | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| COMENITY LLC, d/b/a COMENITY BANK | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.

8:17-cv-111-T-24TBM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Comenity LLC, d/b/a Comenity Bank
c/o World Financial Network Bank
One Righter Parkway, Suite 100
Wilmington, DE 19803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amanda J. Allen, Esq.
William Peerce Howard, Esq.
210- South MacDill Avenue
Tampa, FL 33609

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JAN 1 7 2017

*Signature of Clerk or Deputy Clerk*