## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HEIDI ROBINSON,

     Plaintiff,

v.                            CASE NO.:  8:17-cv-000111-SCB-TBM

COMENITY LLC d/b/a COMENITY BANK.,

     Defendant.

_____

## NOTICE OF PENDING SETTLEMENT

PLAINTIFF**,** HEIDI ROBINSON, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, HEIDI ROBINSON, and Defendant, COMENITY LLC  d/b/a COMENITY BANK, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

*/s/Amanda J. Allen, Esq.*
**Amanda J. Allen, Esq**.
Florida Bar No.:  98228
Amanda@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
210-A South MacDill Avenue
Tampa, FL 33609
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that, on June 5, 2017, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

*/s/Amanda J. Allen, Esq.*
Amanda J. Allen, Esq.
Florida Bar No.:  98228
Amanda@TheConsumerProtectionFirm.com
William Peerce Howard, Esq.
Florida Bar No.:  0103330
Billy@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
210-A South MacDill Avenue
Tampa, FL 33609
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
*Attorney for Plaintiff*